UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 10 2006
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

JEROME JOHNSON, )
)
    Plaintiff, )
)
v. ) No. 4:06CV00605CDP
)
STATE OF MISSOURI, ET AL. )
) **JURY TRIAL DEMANDED**
    Defendants. )
)

## NOTICE OF REMOVAL TO FEDERAL COURT

Defendants State of Missouri, Robert Boney, Levaughn Smart, Adrienne Bergh and Ryan Cousins (the "defendants") hereby notify this Court of the removal of the case styled <u>Jerome Johnson v. State of Missouri, et al.</u>, from the Twenty-Second Judicial Circuit, State of Missouri, to this Court. As grounds for this removal, defendants state:

    1.    Plaintiff filed this action in the Twenty-Second Judicial Circuit in the City of St. Louis, Missouri. Plaintiff accomplished service on October 17, 18, and 27, 2005.

    2.    Plaintiff amended his petition on March 31, 2006.

    3.    Plaintiff's amended petition alleges a violation of his civil rights under 42 U.S.C. §§1981, 1983, and 1988 based upon the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution. This Court has jurisdiction to hear claims giving rise to a federal questions. 28 U.S.C. § 1331.

    4.    All defendants who have been served in this action consent to its removal to the United States District Court for the Eastern District of Missouri, Eastern Division.

5.  Defendants filed herewith a bond in the amount of $250.00, certification of notice of removal to the Twenty-Second Judicial Circuit of Missouri, certification of notice of removal to all parties, and a copy of all pleadings filed heretofore in this action.

WHEREFORE, defendants petition this Court for removal of <u>Jerome Johnson v. State of Missouri, et al.</u>, Cause No. 052-11808, Twenty-Second Judicial Circuit, State of Missouri, to this Court.

Respectfully submitted,
JEREMIAH W. (JAY) NIXON
Attorney General

/s/ *Joshua N. Worthington*

Joshua N. Worthington, #507343
Assistant Attorney General
Missouri Attorney General's Office
720 Olive St., Suite 2150
St. Louis, MO 63101-2398
(314) 340-7861
(314) 340-7029 (facsimile)
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 10th of April, 2006, by first class, postage prepaid U.S. Mail, upon the following:

Worsham N. Caldwell, Jr.
The Cochran Firm
1010 Market Street, Ste. 1540
St. Louis, MO 63101
*Attorney for the plaintiff*

/s/ *Joshua N. Worthington*
Assistant Attorney General