UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV605 CDP |
| | ) |
| BOARD OF POLICE | ) |
| COMMISSIONERS, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Defendants have filed a motion requesting an extension of the deadline for them to request a physical exam of plaintiff. Defendant states that plaintiff has failed to comply with the Case Management Order. Defendant also attaches what purports to be plaintiff's Motion to Amend the Case Management Order, but plaintiff has never filed such a motion. Plaintiff did send a letter to the court, which I did not understand to be requesting relief (it more or less said that plaintiff didn't intend to comply with the Case Management Order) and which I returned to counsel because it violated the Local Rules. I will grant defendant's motion, but plaintiff is notified that I am not excusing his non-compliance with the Case Management Order. That order, after all, was entered after receiving input from plaintiff's counsel. Plaintiff is at risk of the Court's striking his experts and barring any

testimony about physical injuries if plaintiff does not quickly do the acts that are past due under the Case Management Order or file a motion showing good cause why the order previously entered should be amended.  Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for extension of time [#14] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of August, 2006.