UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV605 CDP |
| | ) |
| BOARD OF POLICE | ) |
| COMMISSIONERS, et al., | ) |
| | ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

Plaintiff Jerome Johnson seeks an order from the Court compelling defendants to produce St. Louis Police Department policy and procedure manuals and internal affairs investigative reports. Defendants have recently supplemented their discovery responses and produced portions of the policy and procedure manuals. No further policy manuals need be produced. Plaintiff's request for production of internal affairs files will be granted. These files contain discoverable and relevant information, and must be produced. See Guyer v. City of Kirkwood, 38 S.W.3d 412 (Mo. 2001); State ex rel. City of Springfield v. Brown, 181 S.W.3d 219 (Mo. Ct. App. 2005).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [#17] is granted to the extent that internal affairs investigative reports must be produced no

later than 10 days from the date of this order. Plaintiff's motion is denied in all other respects.

Dated this 7th day of November, 2006.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE