UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:06CV605 CDP |
| | ) |
| THE BOARD OF POLICE | ) |
| COMMISSIONERS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file his motion to continue the trial date [#50] is granted.

**IT IS FURTHER ORDERED** that plaintiff's motion to continue the trial date [#51] is granted and the jury trial in this matter is **reset to Monday, August 20, 2007 at 9:00 a.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of April, 2007.