## DEFENDANTS' EXHIBIT CHART

| Exhibit Number | Page Numbers | Description |
|---|---|---|
| A. | 1-66 | Incident Report Complaint 01042489 |
| B. | 67-79 | Certified Sentence and Judgment, State of Missouri v. Jerome Calvin Johnson Case No. 031-2529 Tampering 1st Degree |
| C-1 | 80-92 | Certified Sentence and Judgment, State of Missouri v. Jerome Calvin Johnson Case No. 031-3893 Count I Assault 2nd Law Enforcement Officer; Count II Armed Criminal Action; Count III, Resisting Arrest; Count IV, Receiving Stolen Property over $500; Count V, Unlawful Use of a Weapon; Count VI possession of marijuana in excess of 35 g w/ intent to distribute; Count VII, Resisting Arrest; Count VIII, Endangering the Welfare of a Child 2nd Degree; Counts IX and X, Leaving the Scene of an Accident |
| C-2 | 227-259 | Transcript of Guilty Plea Proceedings, State of Missouri v. Jerome Johnson Case No. 031-3893 |
| D. | | .22 Revolver |
| E. | 161-163 | Laboratory Report # 5 Request for Analysis – biological screening, Complaint No. 01-042489 |
| F. | 146 | Latent Print Processing Report #1, Complaint No. 01-042489 |
| G. | 148-157 | Laboratory Report #2 (Firearms) Complaint No. 01-042489 |
| H. | 158-159 | Laboratory Bullet - Shell Work Sheet Report #3 Complaint No. 01-042489 (Cousin's 9 mm) |
| I. | 164-165 | Laboratory Bullet- Shell Work Sheet Report #6 Complaint No. 01-042489 (.22) |
| J. | 160 | Laboratory Report #4 - Request for Analysis Drug Identification, Complaint No. 01-042489 |
| K. | 173-174 | ETU Report, Complaint #01-42510 |
| L. | 175-184 | Incident Report #01042480 (SCAT incident) |
| M. | 185 | ETU Report, Complaint No. 01-42549 |

| N. | 186-187 | Supplementary Report, Complaint No. 01-043301 |
|---|---|---|
| O. | 188 | Information Disposition Report (Supplementary Report) Complaint No. 01-131811 |
| P. | 189-193 | Incident Report #01141857 (certif. as adult) |
| Q. | 194-196 | Written Statement of Det. Sgt. Brian Gilmore |
| R. | | SLPD Raid Vest |
| S. | | Clothing of Plaintiff |
| T. | | |
| U. | | |
| V. (group exhibit) | 302-327 | Internal Chain of Custody Reports |
| W. | 275 | Street Map |
| X. | 273 | Aerial view – overview |
| Y. | 274 | Aerial view |
| AA | 172 | ATF Firearms Trace Summary (regarding RG14 Revolver, Serial #L827309), Trace #: T20010110010, Request Date: June 5, 2001 |
| BB | | U.S. v. Jerome Calvin Johnson, U.S.D.C-E.D.Mo. No. 4:0CR276ERW, December 17, 2004 Judgment on guilty plea, 18 U.S.C. §922(n), Knowingly Receiving a Firearm While Under Indictment, date of offense November 10, 2003 |
| CC. | | Pamela Ross, designated portions of transcript |
| DD | 271-262 | Letter from Lt. Henderson to Dan Diemer 12/4/01 |

| | | |
|---|---|---|
| EE. | 268-269 | Letter from Lt. Lauer to Brad Kessler, 4/13/01 |
| FF. | 260-264 | Juvenile Detention admission records |
| GG. | | Raymond Oberschelp, Designated portions of transcript |
| HH. (group exhibit) | | Photographs of scene taken by ETU |
| II | | St. Louis Public Schools Records of Plaintiff (7 pp.) |
| JJ | | St. Louis Public Schools Records of Plaintiff (8 pp.) |
| KK | | Dispatch tape, 4/3/01 (two tapes, parts 1 and 2) |
| LL | | |
| MM | | |
| NN | | |
| OO | | |
| PP | | |
| QQ | | |
| RR | | |
| SS | | |

| | |
|---|---|
| TT | |
| UU | |
| VV | |
| WW | |
| XX | |
| YY-1 | |
| YY-2 | |
| ZZ | |
| AAA [A3] | Handwritten statement Gary Micheau Jr., 4/4/01 |
| BBB [B3] | Handwritten statement P.O. Anna M. Biondolillo |
| CCC [C3] | Handwritten statement P.O. Michael Sisco and P.O. Jeremy Stockmann |
| DDD [D3] | Handwritten statement of Det. Renwick Bovell |
| EEE [E3] | Handwritten statement of Det. Jesse Harris Jr. |
| FFF [F 3] | Typewritten statement of Det. Ryan Cousins |
| GGG [G3] | Typewritten statement of Det. Adrienne Bergh |
| HHH [H3] | Typewritten statement of Det. Robert Boney |

| | |
|---|---|
| III [I3] | Typewritten statement of Det. Levaughn Smart |
| JJJ [J3] | Typewritten statement of Det. Daniel Drago |
| KKK [K3] | IAD report dated 11/30/01 |
| LLL [L3] | Deposition of Reggie Harris |
| MMM [M3] | Deposition of Jerald Barnes |
| | |
| | |
| PPP | State v. Davis (County) |
| QQQ-1 | State v. Davis (City) |
| QQQ-2 | |