UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CV605CDP |
| ) | |
| BOARD OF POLICE COMMISSIONERS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' LIST OF EXHIBITS

Defendants expressly reserve any objections to admissibility of evidence which may be set forth in any motions in limine filed by Defendants.

Subject to any motions in limine filed by Defendant, and any rulings thereon, Defendant may introduce the following exhibits at trial:

See attached chart.

Defendant will authenticate by affidavit pursuant to F.R.E 902(11)

Defendants reserve the right to introduce evidence additional exhibits in response to the evidence presented by Plaintiff at trial.

1

        Respectfully submitted,

        JEREMIAH W. (Jay) NIXON
        Attorney General


        /s/ Denise LeAnne Thomas
        Denise LeAnne Thomas #4538 MBE #39850
        Assistant Attorney General
        Old Post Office Building
        815 Olive, Suite 215
        P.O. Box 861
        St. Louis, MO 63188
        (314) 340-7861 telephone
        (314) 340-7029 facsimile
        *Attorneys for Defendants*


## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2008, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Worsham N. Caldwell, Jr.
The Cochran Firm
1010 Market Street, Suite 1540
St. Louis, Missouri  63101
*Attorneys for Plaintiff*

        /s/ Denise LeAnne Thomas
        Assistant Attorney General