UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:06CV605CDP |
| | ) | |
| BOARD OF POLICE COMMISSIONERS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' SECOND AMENDED LIST OF EXHIBITS*

Defendants expressly reserve any objections to admissibility of evidence which

may be set forth in any motions in limine filed by Defendants.

Subject to any motions in limine filed by Defendant, and any rulings thereon,

Defendant may introduce the following exhibits at trial:

See attached chart.

Defendant will authenticate Exhibits A, B, E-M, N-0; V; AA;HH; II, JJ by

affidavit pursuant to F.R.E 902(11).

Defendants reserve the right to introduce evidence additional exhibits in response

to the evidence presented by Plaintiff at trial.

*       Due to clerical failure to include the exhibit chart in the initial pretrial filing
January 2, it was necessary to refile moments later the initial exhibit list as a "First
Amended List of Exhibits," although in fact, there was no amendment to the list.  This
"Second Amended List of Exhibits" is, substantively, the First Amended List of Exhibits.

1

Respectfully submitted,

JEREMIAH W. (Jay) NIXON
Attorney General


 /s/ Denise LeAnne Thomas
Denise LeAnne Thomas #4538 MBE #39850
Assistant Attorney General
Old Post Office Building
815 Olive, Suite 215
P.O. Box 861
St. Louis, MO 63188
(314) 340-7861 telephone
(314) 340-7029 facsimile
*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2008, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Worsham N. Caldwell, Jr.
The Cochran Firm
1010 Market Street, Suite 1540
St. Louis, Missouri  63101
*Attorneys for Plaintiff*

 /s/ Denise LeAnne Thomas
Assistant Attorney General