UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Cause No. 4:06-CV-605 CDP |
| vs. ) | |
| ) | |
| BOARD OF POLICE ) | |
| COMMISSIONERS, et al., ) | |
| ) | |
|    Defendants. ) | |

## PLAINTIFF'S AMENDED LIST OF EXHIBITS

Plaintiff expressly reserves any objections to admissibility of evidence which may be set forth in any motions in limine filed by Plaintiffs.

Subject to any motions in limine filed by Plaintiff, and any rulings thereon, Plaintiff may introduce the following exhibits at trial:

See attached chart.

Plaintiff intends to authenticate the following records by affidavit pursuant to Fed. R. Evid. 92(11):  Exhibits 3 and 63-79.

Plaintiff reserves the right to introduce into evidence additional exhibits in response to the evidence presented by Defendants at trial.

1

        Respectfully submitted,

        THE COCHRAN FIRM-ST. LOUIS
        COCHRAN, CHERRY, GIVENS,
        SMITH, CALDWELL & SINGLETON,
        L.L.C.

        */s/ Bradley M. Herrin*
        Bradley M. Herrin #89146
        The Cochran Firm
        1010 Market Street, Suite 1540
        St. Louis, MO 63104
        Office: (314) 421-0077
        Fax: (314) 421-5377

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court this <u>9th</u> day of January, 2008, to be served by operation of the Court's electronic filing system upon the following:

Joshua N. Worthington and
Denise LeAnn Thomas
Assistant Attorney General
Old Post Office
815 Olive Street, Suite 200
St. Louis, MO 63101
*Attorneys for Board of Police Commissioners,*
*State of Missouri,*
*Adrienne Bergh, Robert Boney,*
*Ryan Cousins, Levaughn Smart*

        */s/Bradley Herrin*

**Plaintiff's Exhibit List**

| Exhibit Number | Description of Exhibit |
|---|---|
| 1. | SLMPD Complaint # 01042489 |
| 2. | SLMPD Complaint # 0104280 |
| 3. | WGPD Complaint # 20010594 |
| 4. | Letter from Board of Police Commissioners – IA report #01-100D-5 |
| 5. | Internal Affairs report IA# 01/100D-5 |
| 6. | Letter from SLMPD to Kessler & Diemer re: CAD records |
| 7. | SLMPD Complaint # 01-42510 |
| 8. | SLMPD Complaint # 01-42549 |
| 9. | SLMPD Complaint # 01-043301 |
| 10. | ATF – Firearms Trace Summary Report |
| 11. | St. Louis City Subpoena – Dan Drago |
| 12. | SLMPD – Lab Case # LAB –01-003779 |
| 13. | SLMPD – Lab Report – Latent Print – Lab Case No.: 01-003779 |
| 14. | SLMPD - Bullet -  Shell Work Sheet – Lab Case No.: 01-003779 9mm |
| 15. | SLMPD – Lab Report – Lab Case No.: 01-003779 Clothing |
| 16. | SLMPD - Bullet – Shell Work Sheet Lab Case No.: 01-003779 .22 L/LR |
| 17. | SLMPD – Lab Report – Lab Case No.: 01-003779 – Dan Drago 10 pages |
| 18. | Letter to BMH from Romie Kopf re: J. Johnson AKA John Doe |
| 19. | SLMPD – Evidence Receipt – Lab/Identification |
| 20. | Handwritten Statement Officer Brian Gilmore |
| 21. | Internal Chain of Custody Report Lab Case #: Lab –01-003779 |
| 22. | Evidence Technician Photo's of April 3, 2001 |
| 22. A-Z | Evidence Technician Photo's of April 3, 2001 (Enlarged Photos) |
| 23. | Handwritten Statement of Gary Micheau, Jr. |
| 24. | Line-up Photo of Adrian Baker |
| 25. | Handwritten Statement of Anna M. Bioundolillo |
| 26. | SLMPD Line – up Form of Adrian Baker |
| 27. | SLMPD – Evid. Form – Org. Statements Officer's Gilmore, Drago, Bergh, Smart, Boney, Cousins, Bovell, Harris, Sisco, & Biondolillo |
| 28. | Handwritten Statement of Officer Brian Gilmore |
| 29. | Handwritten Statement of Officer Renwick Bovell |
| 30. | Handwritten Statement of Officer Jesse Harris |
| 31. | Typed Statement of Det. Ryan Cousins |
| 32. | Typed Statement of Det. Adrienne Bergh |
| 33. | Typed Statement of Det. Levaughn Smart |
| 34. | Typed Statement of Det. Robert Boney |
| 35. | Typed Statement of Det. Daniel Drago |
| 36. | SLMPD – CAD records for 4/3/01 |
| 36. A | SLMPD – CAD records Keys, Abbreviations, Explanations |
| 37. – 44. | Photographs of Jerome Johnson's injuries |

| 45. | Newspaper Article 04/04/01 |
|---|---|
| 46. | SLMPD Policy & Procedures Rule 7 "Complaint and Disciplinary Procedures |
| 47. | SLMPD Chief of Police Special Order No.: 93-S-3 - 02/22/93 |
| 48. | SLMPD Chief of Police Special Order No.: 91-S-13 – 03/13/91 |
| 49. | SLMPD Chief of Police Special Order No.: 92-3-12 – 11/23/92 |
| 50. | Plaintiff's Deposition of David Neal Glaser – Exhibits & Reports |
| 51. | Defendant's Deposition of David Neal Glaser |
| 52. | Video Taped Deposition of David Neal Glaser |
| 53. | Trial Transcript State of Missouri v. Jerome Johnson 09/23 – 09/27/02 |
| 54. A-B | Audio Tapes of 911 & Police Calls |
| 55. A-E | Transcripts of Exhibits 54 A & B |
| 56. | Enlarged Aerial Photo of Scene |
| 57. | Enlarged Aerial Photo of Scene |
| 58. | Enlarged Street Map of Scene |
| 59. | Deposition of Robert Boney - State v. Johnson |
| 60. | Deposition of Ryan Cousins – State v. Johnson |
| 61. | Deposition of Daniel Drago – State v. Johnson |
| 62. | Deposition of Levaughn Smart – State v. Johnson |
| 63. | Medical Records BJC Hospital |
| 64. | Medical Bills BJC Hospital |
| 65. | Medical Records SLCH |
| 66. | Medical Bills SLCH |
| 67. | Medical Records Community Health Plus |
| 68. | Medical Bills Community Health Plus |
| 69. | Medical Records Dr. M. Barry Jones |
| 70. | Medical Bills Dr. M. Barry Jones |
| 71. | Medical Records BJC Home Health Care |
| 72. | Medical Bills BJC Home Health Care |
| 73. | Medical Records of The Rehabilitation Institute of St. Louis |
| 74. | Medical Bills of The Rehabilitation Institute of St. Louis |
| 75. | Medical Bills of Care Partners |
| 76. | Medical Records of Washington U. Orthopaedic Surgery |
| 77. | Medical Bills of Washington U. Orthopaedic Surgery |
| 78. | Medical Records JCCC |
| 79. | Medical Records Correctional Medical Services |
| 80. | Clothing worn by Jerome Johnson on 04/03/01 |
| 81. | .22 Caliber RG Industries Revolver |