UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Cause No. 4:06-CV-605 CDP |
| vs. ) | |
| ) | |
| BOARD OF POLICE ) | |
| COMMISSIONERS, et al., ) | |
| ) | |
|    Defendants. ) | |

### NOTICE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW Plaintiff and provides notice that he has requested a writ of habeas corpus ad testificandum to be issued to the superintendent of the Northeast Correctional Center to bring the body of Jerome Johnson to this Court at 9:00 AM on Tuesday, January 22, 2008.

                                            Respectfully submitted,

                                            THE COCHRAN FIRM-ST. LOUIS
                                            COCHRAN, CHERRY, GIVENS,
                                            SMITH, CALDWELL & SINGLETON,
                                            L.L.C.

                                            */s/ Bradley M. Herrin*
                                            Bradley M. Herrin #89146
                                            The Cochran Firm
                                            1010 Market Street, Suite 1540
                                            St. Louis, MO 63104
                                            Office: (314) 421-0077
                                            Fax: (314) 421-5377

                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court this <u>10th</u> day of January, 2008, to be served by operation of the Court's electronic filing system upon the following:


Joshua N. Worthington and
Denise LeAnne Thomas
Assistant Attorney General
Old Post Office
815 Olive Street, Suite 200
St. Louis, MO 63101
*Attorneys for Board of Police Commissioners,*
*State of Missouri,*
*Adrienne Bergh, Robert Boney,*
*Ryan Cousins, Levaughn Smart*

                                                          */s/Bradley Herrin*