UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV605 CDP |
| ) | |
| BOARD OF POLICE, ) | |
| COMMISSIONERS, et al. ) | |
| Defendant(s). ) | |

**TO: THE SUPERINTENDENT OF EASTERN RECEPTION CORRECTIONAL CENTER**

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

You are hereby commanded to bring the body of Jerome Johnson, before the Honorable Catherine D. Perry, U.S. District Judge for the Eastern District of Missouri, at the United States Courthouse, 111 South 10th Street, St. Louis, Missouri, 63102, on Monday, August 18, 2008 at 9:00 AM, then and there to do, submit to and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

WITNESS, the Honorable Catherine D. Perry, U.S. District Judge for the Eastern District of Missouri.

Given under seal of the Court dated: May 6, 2008.

JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT

By:_____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV605 CDP |
| ) | |
| BOARD OF POLICE, ) | |
| COMMISSIONERS, et al. ) | |
| Defendant(s). ) | |

**TO: THE SUPERINTENDENT OF EASTERN RECEPTION CORRECTIONAL CENTER**

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

You are hereby commanded to bring the body of Jerome Johnson, before the Honorable Catherine D. Perry, U.S. District Judge for the Eastern District of Missouri, at the United States Courthouse, 111 South 10th Street, St. Louis, Missouri, 63102, on Monday, August 18, 2008 at 9:00 AM, then and there to do, submit to and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

WITNESS, the Honorable Catherine D. Perry, U.S. District Judge for the Eastern District of Missouri.

Given under seal of the Court dated: May 6, 2008.

JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT

By:_____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV605 CDP |
| ) | |
| BOARD OF POLICE, ) | |
| COMMISSIONERS, et al. ) | |
| Defendant(s). ) | |

**TO: THE SUPERINTENDENT OF EASTERN RECEPTION CORRECTIONAL CENTER**

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

You are hereby commanded to bring the body of Jerome Johnson, before the Honorable Catherine D. Perry, U.S. District Judge for the Eastern District of Missouri, at the United States Courthouse , 111 South 10th Street, St. Louis, Missouri, 63102, on Monday, August 18, 2008 at 9:00 AM, then and there to do, submit to and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

WITNESS, the Honorable Catherine D. Perry, U.S. District Judge for the Eastern District of Missouri.

Given under seal of the Court dated: May 6, 2008.

JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT

By:_____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV605 CDP |
| ) | |
| BOARD OF POLICE, ) | |
| COMMISSIONERS, et al. ) | |
| Defendant(s). ) | |

**TO: THE SUPERINTENDENT OF EASTERN RECEPTION CORRECTIONAL CENTER**

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

You are hereby commanded to bring the body of Jerome Johnson, before the Honorable Catherine D. Perry, U.S. District Judge for the Eastern District of Missouri, at the United States Courthouse , 111 South 10th Street, St. Louis, Missouri, 63102, on Monday, August 18, 2008 at 9:00 AM, then and there to do, submit to and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

WITNESS, the Honorable Catherine D. Perry, U.S. District Judge for the Eastern District of Missouri.

Given under seal of the Court dated: May 6, 2008.

JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT

By:_____
     Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV605 CDP |
| ) | |
| BOARD OF POLICE, ) | |
| COMMISSIONERS, et al. ) | |
| Defendant(s). ) | |

**TO: THE SUPERINTENDENT OF EASTERN RECEPTION CORRECTIONAL CENTER**

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

You are hereby commanded to bring the body of Jerome Johnson, before the Honorable Catherine D. Perry, U.S. District Judge for the Eastern District of Missouri, at the United States Courthouse , 111 South 10th Street, St. Louis, Missouri, 63102, on Monday, August 18, 2008 at 9:00 AM, then and there to do, submit to and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

WITNESS, the Honorable Catherine D. Perry, U.S. District Judge for the Eastern District of Missouri.

Given under seal of the Court dated: May 6, 2008.

JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT

By:_____
Deputy Clerk