# EXHIBIT LIST

Style: **_Johnson v. Bergh, et al_**   Case Number: **4:06CV605 CDP**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 15 | | 8/19 | 2 | - | - | Audio Tapes of 911 & Police Calls | 8/19/08 ✔ |
| | W | 8/19 | 3 | - | - | Street Map | 8/19/08 ✔ |
| | R | 8/19 | 3 | - | - | SLPD Raid Vest | 8/19/08 ✔ |
| | Y | 8/19 | 3 | - | - | Aerial view | 8/19/08 ✔ |
| | HH-1 | 8/19 | 3 | - | - | Photograph of scene taken by ETU | 8/19/08 ✔ |
| | HH-7 | 8/19 | 3 | - | - | Photograph of scene taken by ETU | 8/19/08 ✔ |
| | D | 8/19 | 3 | - | - | .22 Revolver | 8/19/08 ✔ |
| 22-24 | | 8/19 | 3 | - | - | Police Photograph | 8/19/08 ✔ |
| 22-26 | | 8/19 | 3 | - | - | Police Photograph | 8/19/08 ✔ |
| | OO | 8/19 | 6 | - | - | 9mm bullets and casings | 8/19/08 ✔ |
| | U | 8/19 | 6 | - | - | .22L bullets and casings | 8/19/08 ✔ |
| 8 | | 8/19 | 7 | - | - | SLMPD-Lab Report-Lab Case No. 01-003779 Clothing | |
| 40-b | | 8/20 | 9 | - | - | BJC records 5/9/02 | 8/20/08 ✔ |
| 40-c | | 8/20 | 9 | - | - | BJC records 5/4/02 | 8/20/08 ✔ |
| 40-d | | 8/20 | 9 | - | - | St. Louis Children's Hospital records | 8/20/08 ✔ |

# EXHIBIT LIST

Style: __*Johnson v. Bergh, et al*__   Case Number: __**4:06CV605 CDP**__

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 40-e | | 8/20 | 9 | - | - | RISTL records | 8/20/08 ✓ |
| | HH-30 | 8/20 | 8 | - | - | Photograph of scene taken by ETU | 8/20/08 ✓ |
| 1 | | - | - | Obj | Overruled | SLMPD Complaint # 01-42510 | 8/21/08 ✓ |
| 41 | | 8/21 | 15 | - | - | Plaintiff's hand-drawn map | 8/21/08 ✓ |
| 42 | | 8/21 | 15 | - | - | Plaintiff's hand-drawn map | 8/21/08 ✓ |
| 43 | | 8/21 | 15 | - | - | Plaintiff's hand-drawn sillouette of person indicating his wounds | 8/21/08 ✓ |
| 44 | | 8/21 | 15 | Obj | O to extent ruled earlier | Plaintiff's list of medical conditions | 8/21/08 ✓ |
| 20-1 | | 8/21 | 15 | - | - | Jerome Johnson Photograph April 5, 2001 | 8/21/08 ✓ |
| 20-2 | | 8/21 | 15 | - | - | Jerome Johnson Photograph April 5, 2001 | 8/21/08 ✓ |
| 20-3 | | 8/21 | 15 | - | - | Jerome Johnson Photograph June, 2002 | 8/21/08 ✓ |
| 20-4 | | 8/21 | 15 | - | - | Jerome Johnson Photograph | 8/21/08 ✓ |
| 20-5 | | 8/21 | 15 | - | - | Jerome Johnson Photograph June, 2002 | 8/21/08 ✓ |
| 20-6 | | 8/21 | 15 | - | - | Jerome Johnson Photograph Right hip | 8/21/08 ✓ |
| 20-7 | | 8/21 | 15 | - | - | Jerome Johnson Photograph April 5, 2001 | 8/21/08 ✓ |
| 20-8 | | 8/21 | 15 | - | - | Jerome Johnson Photograph | 8/21/08 ✓ |

# EXHIBIT LIST

Style:  *Johnson v. Bergh, et al*    Case Number:    **4:06CV605 CDP**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 45 | | 8/21 | 15 | - | - | Clothing | 8/21/08 ✓ |
| | LL | 8/21 | 15 | - | - | EMS Records | 8/21/08 ✓ |
| 33 | | 8/21 | - | - | - | Commissioners 2001 Standard Ordinary Mortality Table | 8/21/08 ✓ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

✗ **EXHIBITS RETURNED TO COUNSEL**    ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date    Page___3___ of ____3___