UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:06-CV-605 CDP |
| v. ) | |
| ) | |
| ADRIENNE BERGH, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S LIST OF EXHIBITS

COMES NOW Plaintiff, through counsel, and provides the following disclosure of Exhibits to be used in the trial of this matter:

EXHIBIT #    DESCRIPTION

1    SLMPD Complaint #01-42510

2    SLMPD Complaint #01-42549

3    SLMPD Complaint #01-043301

4    ATF – Firearms Trace Summary Report

5    SLMPD – Lab Case #LAB-01-003779

6    SLMPD – Lab Report – Latent Print – Lab Case No. 01-003779

7    SLMPD – Bullet – Shell Work Sheet – Lab Case No. 01-003779 9 mm

8    SLMPD – Lab Report – Lab Case No. 01-003779 Clothing

9    SLMPD – Bullet – Shell Work Sheet Lab Case No. 01-003779 .22 L/LR

10   SLMPD – Lab Report – Lab Case No. 01-003779 – Dan Drago 10 pages

11   SLMPD – Evidence Report – Lab/Identification

12   Handwritten Statement Officer Brian Gilmore

| | |
|---|---|
| 13 | Internal Chain of Custody Report Lab Case # Lab-01-003779 |
| 14 | SLMPD-CAD Keys, Abbreviations, Explanations Record for 4/3/01 |
| 15. | Audio Tapes of 911 and Police Calls |
| 16 | SLMPD – Evidence Form – Org. Statements Officers Gilmore, Drago, Bergh, Smart, Boney, Cousins, Bovell, Harris, Sisco & Biondolillo |
| 17 | Handwritten Statement of Officer Brian Gilmore |
| 18 | Handwritten Statement of Officer Renwick Bovell |
| 19 | Handwritten Statement of Officer Jesse Harris |
| 20 | Jerome Johnson Photographs – (1-8) |
| 21 | Miscellaneous Photographs – (1-6) |
| 22 | Police Photographs – (1-26) |
| 23 | 11 x 17 Color/Unmarked Aerial of Scene |
| 23-1 | 11x17 Color/Marked Aerial of Scene |
| 23-2 | 36x48 Color/Marked Aerial of Scene – Blow Up |
| 24 | Typed Statement of Detective Ryan Cousins |
| 25 | Typed Statement of Detective Adrienne Bergh |
| 26 | Typed Statement of Detective Levaughn Smart |
| 27 | Typed Statement of Detective Robert Boney |
| 28 | Typed Statement of Detective Daniel Drago |
| 29 | David Klinger – Into the Kill Zone – Page 67-68 |
| 30 | 11 x 17 Color/Aerial – Street Map |
| 31 | Conduct Violation Report |
| 32 | PowerPoint – Timeline |
| 33 | Commissioners 2001 Standard Ordinary Mortality Table |

| | |
|---|---|
| 34 | SLMPD Complaint #01042489 |
| 35 | SLMPD Complaint #0104280 |
| 36 | WGPD Complaint #20010594 |
| 37 | Letter from Board of Police Commissioners – IA Report #01-100D-5 |
| 38 | Internal Affairs Report IA #01/100D-5 |
| 39 | Trial Transcript State of Missouri v. Jerome Johnson 09/23 – 9/27/02 |
| 40 | Medical Bills |
| 40-1 | BJC Home Health Care |
| 40-2 | BJC Behavior Health |
| 40-3 | RISTL – Rehabilitation Institute of St. Louis |
| 40-4 | Washington University |
| 40-5 | Barnes-Jewish Hospital |
| 40-6 | St. Louis Children's Hospital |
| 40B | Medical discharge summary – Barnes Jewish Hospital – 5/9/01 |
| 40C | Medical discharge summary  – Barnes Jewish Hospital – 5/4/02 |
| 40D | Medical discharge summary – St. Louis Children's Hospital – 8/19/01 |
| 40E | Medical discharge summary – Rehabilitation Institute of St. Louis |
| 41 | Photographs of streets and houses at intersection of Harris and Carter * |
| 42 | Measurements of distances and lengths at intersection of Harris and Carter* |
| 43 | Map Quest plat City of St. Louis bounded by West Florissant, Prairie Avenue, Fairgrounds Park, West Natural Bridge, North Newstead and Page Avenue* |

\* In keeping with the Court's suggestion, these exhibits are added to assist the jury with the evidence and will be provided to Defendants' counsel prior to trial.

        Respectfully submitted,
        Attorneys for Plaintiff Jerome Johnson

/s/ *Worsham N. Caldwell, Jr.*
Worsham N. Caldwell, Jr. #521852
1010 Market Street, Suite 1540
St. Louis, MO 63101
(314) 421-0077; (314) 421-5377 fax

*/s/ Donald Schlapprizzi*
Donald Schlapprizzi #4284
701 Market Street, Suite 1500
St. Louis, MO 63101
(314) 241-0763; (314) 241-0787 fax

*/s/ Harold Whitfield*
Harold Whitfield (Pro Hac Vice)
701 Market Street, Suite 1500
St. Louis, MO 63101
(314) 241-0763; (314) 241-0787 fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing is forwarded via ECF, this 23nd day of October, 2008 to:

| | |
|---|---|
| Virginia H. Murray | Diane Peters |
| Assistant Attorney General | Missouri Attorney General's Office |
| Missouri Attorney General's Office | P.O. Box 899 |
| Fletcher Daniels State Office Bldg. | Jefferson City, MO 65102 |
| 615 East 13th Street, Suite 401 | |
| Kansas City, MO 64106 | |

*Worsham N. Caldwell, Jr.*
Worsham N. Caldwell, Jr.