IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:06CV605 CDP |
| ADRIENNE BERGH, et al., | ) |
| Defendants. | ) |

## PARTIES' JOINT EXHIBIT LIST

Plaintiff Jerome Johnson and Defendants Adrienne Bergh, Robert Boney, Ryan Cousins, and LeVaughn Smart, through counsel, pursuant to this Court's order, hereby submit their joint exhibit list. This document consists of three lists: (1) The parties agree to the foundation of these exhibits and these exhibits will likely be utilized/offered by both plaintiff and defendants at trial; and (2) Plaintiff lists these exhibits that plaintiff will or may utilize/offer at trial; and (3) Defendants list these exhibits that defendants will or may utilize/offer at trial.

The designation "P-#" is given by plaintiff for each exhibit; the designation "D-alpha" is given by defendants for each exhibit.

(1) The joint exhibits that may be offered/utilized by either party at trial are as follows:[1]

| Exhibit Number/Letter | Exhibit Description |
|---|---|
| P-15/D-zzz | CD/audio of incidents at issue in this case (defendants' labeled zzz-1; zzz-2; zzz-3; etc.) |

---

[1] Neither plaintiff nor defendants object on authenticity/foundation grounds to the exhibits listed here in category (1).

| | |
|---|---|
| P-34/D-cc | Inv. report 6/7/01, complaint #01042489 |
| P-6/D-hh | Latent print report #1, complaint #01-042489 |
| P-7,8,9/D-ii, jj, q | Lab report #2/bullet shell work report #6, complaint #01-042489 |
| P-35/D-mm | Incident report #01042480 (SCAT incident) |
| P-2/D-nn | ETU report, complaint #01-42489 |
| P-3/D-oo | Supplemental report, complaint #01-043301 |
| P-12/D-qq | Sgt. Brian Gilmore written statement |
| P-4/D-ww | ATF firearms trace summary (re: .22 revolver, serial #L827309) |
| P-18/D-kkk | Det. Renwick Bovell handwritten statement |
| P-19/D-lll | Det. Jesse Harris Jr. handwritten statement |
| P-24/D-mmm | Det. Ryan Cousins typewritten statement |
| P-25/D-nnn | Det. Adrienne Bergh typewritten statement |
| P-27/D-ooo | Det. Robert Boney typewritten statement |
| P-26/D-ppp | Det. LeVaughn Smart typewritten statement |
| P-28/D-qqq | Det. Dan Drago typewritten statement |

(2)  The exhibits that may or will be offered/utilized by plaintiff at trial are as follows:[2]

| **Exhibit Number/Letter** | **Exhibit Description** |
|---|---|
| P-1 | SLMPD complaint #01-42510 |
| P-5 | SLMPD lab case #LAB01003779 |
| P-10 | SLMPD lab report lab case 01003779-Dan Drago |
| P-11 | SLMPD evidence report lab/identification |

---

[2] Defendants are not waiving any objections to the exhibits listed here in category (2).

| | |
|---|---|
| P-13 | Internal chain of custody report lab case #01003779 |
| P-14 | SLMPD CAD KEYS abbreviations explanations for 4/3/01 |
| P-16 | SLMPD evidence form original statements of Gilmore, Drago, Bergh, Smart, Boney, Cousins, Bovell, Harris, Sisco & Biondolillo |
| P-20 | Jerome Johnson photographs 1-8 |
| P-21 | Misc. photographs 1-6 |
| P-22 | Police photographs 1-26 |
| P-23-1 | 11 x 17 color/unmarked aerial scene |
| P-23-2 | 36 x 48 color/unmarked aerial of scene/blow up |
| P-29 | David Klinger – Into the Kill Zone – page 67-68 |
| P-30 | 11 x 17 color/aerial street map |
| P-31 | Conduct violation report |
| P-32 | power point timeline |
| P-33 | Commissioners 2001 standard ordinary mortality table |
| P-36 | WGPD Complaint #20010594 |
| P-37 | Letter from Police Board IA Report 01-100D-5 |
| P-38 | Internal Affairs Report IA #1/100D-5 |
| P-39 | Trial Transcript State v. Johnson 9/23-9/27/02 |
| P-40 | Medical bills |
| P-40-1 | BJC home health care |

| | |
|---|---|
| P-40-2 | BJC behavior health |
| P-40-3 | RISTL Rehab Institute of St. Louis |
| P-40-4 | Washington University |
| P-40-5 | Barnes-Jewish Hospital |
| P-40-6 | St. Louis Childrens' Hospital |
| P-40B | Med discharge summary, Barnes Jewish 5/9/01 |
| P-40C | Med discharge summary, Barnes Jewish 5/4/02 |
| P-40D | Med discharge summary, St. Louis Children's 8/19/01 |
| P-40E | Med discharge summary, Rehab Institute of SL |
| P-41 | Photographs of streets/houses at intersection of Carter and Harris |
| P-42 | Measurements of distances and lengths at intersection of Carter and Harris |
| P-43 | Map quest plat of City of St. Louis bounded by West Florissant, Prarie Avenue, Fairgrounds Park, West Natural Bridge, North Newstead, and Page Avenue |

(3)  The exhibits that may or will be offered/utilized by defendants at trial are as follows:[3]

| Exhibit Number/Letter | Exhibit Description |
|---|---|
| D-a | MDOC canteen receipts for plaintiff |
| D-b | St. Louis Fire Dep't trip sheet for plaintiff |

---

[3] Plaintiff is not waiving any objections to the exhibits listed here in category (3).

| | |
|---|---|
| D-c | Ambulance trip sheet for plaintiff |
| D-d | 6/12/2003 police report, #03-071622 |
| D-e | Photos of Missouri Eastern Correctional Center (will be labeled e-1, e-2, e-3, etc.) |
| D-f | MDOC visitor application Kelly Vincent |
| D-g | Dave Schriemann's 4/07 pre hearing report for plaintiff |
| D-h | police report 041011 for 1/10/2003 |
| D-i | police report 141100 for 7/19/2003 |
| D-j | police report 031112 for 10/16/2000 |
| D-k | Cardinal Ritter information for plaintiff |
| D-l | Videos of scene of shooting (will be labeled l-1, l-2, l-3, etc.) |
| D-m | Photos of scene of shooting (will be labeled as m-1, m-2, m-3, etc.) |
| D-n | Map blow ups of area (will be labeled n-1, n-2, n-3, etc.) |
| D-o | Radio(s) similar to those used by police |
| D-p | Dash lite similar to those used by police |
| D-q | Lab report bullet work sheet #6, 01-042489 (.22) |
| D-r | .22 casings and bullets (collective exhibit) |
| D-s | .9mm casings and bullets (collective exhibit) |
| D-t | MDOC visitor application Aryanna Cooper |

| | |
|---|---|
| D-u | St. Louis public school records for plaintiff |
| D-v | Firearms qualification: Bergh |
| D-w | Firearms qualification: Boney |
| D-x | Firearms qualification: Cousins |
| D-y | Firearms qualification: Smart |
| D-z | Video of LeVaughn Smart's testimony |
| D-aa | use of force policy effective in 4/2001 |
| D-bb | police report 03-136756 for 11/10/2003 |
| D-dd | Certified sentence & judgment case 031-3893 |
| D-ee | Transcript of guilty plea proceedings case 031-3893 |
| D-ff | .22 revolver |
| D-gg | Lab report #5 biological screening, 01-42489 |
| D-kk | Lab report #4 – request for drug identification 01-42489 |
| D-ll | ETU report, 01-042489 |
| D-pp | Information disposition report (supplement), 01-42489 |
| D-rr | SLPD raid vest |
| D-ss | plaintiff's clothing |
| D-tt | SLPD lanyard and badge |
| D-uu | marijuana found in plaintiff's clothing |
| D-vv | Internal chain of custody reports (collective exhibit) |
| D-xx | Plaintiff's sentence & judgment, case |

|  |  |
|---|---|
|  | 4:0CR276ER2 |
| D-yy | Pam Ross: transcript |
| D-zz | Letter from Lt. Henderson to Attorney Diemer, 12/4/01 |
| D-aaa | Letter from Lt. Lauer to Attorney Kessler, 4/13/01 |
| D-bbb | Plaintiff's juvenile detention admission records |
| D-ccc | Ray Oberschelp: transcript |
| D-ddd | Photos of 4/3/01 incident taken by ETU (labeled ddd-1, ddd-2, ddd-3, etc.) |
| D-eee | Curriculum Vitae of David Klinger |
| D-fff | Report of David Klinger |
| D-ggg | First Report of R. Mike Worley |
| D-hhh | Handwritten statement of Gary Micheau, 4/4/01 |
| D-iii | Handwritten statement of Anna Biondolillo |
| D-jjj | Handwritten statement of Michael Sisco and Jeremy Stockman |
| D-rrr | State v. Stacy Davis (will be labeled as rrr-1, rrr-2, rrr-3, etc.) |
| D-sss | 2001 order certifying plaintiff as an adult, cause Ju596-01119J |
| D-ttt | Plaintiff's MDOC visitor history |
| D-uuu | Photo blow ups of an 8point, identifiable fingerprint (will be labeled as uuu-1, uuu-2, uuu-3, etc.) |

| | |
|---|---|
| D-vvv | Plaintiff's drawing |
| D-www | Plaintiff's drawing |
| D-xxx | Plaintiff's drawing |
| D-yyy | Certified docket sheet 031-002529, 7/13/05, plaintiff tampering guilty plea |

Respectfully submitted,

JEREMIAH W. (JAY) NIXON
Attorney General

*/s/Virginia H. Murray*
VIRGINIA H. MURRAY, #48770
Assistant Attorney General
Missouri Attorney General's Office
615 East 13th Street, Suite 401
Kansas City, Missouri
Phone: (816) 889-3090
virginia.murray@ago.mo.gov

ATTORNEYS FOR DEFENDANTS

*/s/ Worsham Caldwell, Jr.*
WORSHAM N. CALDWELL, JR.
Caldwell & Associates
No. 521852
1010 Market Street, Suite 1540
St. Louis, Missouri  63101
(314) 421-0077 phone
(314) 421-5377 fax

ATTORNEY FOR PLAINTIFFS