# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

Date **11/6/08** Judge **PERRY** Case No. **4:06 cv 605 CDP**

**JEROME JOHNSON** vs. **BOARD OF POLICE, ET AL.**

Court Reporter **T. HOPWOOD** Deputy Clerk **B. KIRKLAND**

Attorney(s) for Plaintiff(s) **WORSHAM CALDWELL, DONALD SCHLAPPRIZZI**

Attorney(s) for Defendant(s) **DIANE PETERS, VIRGINIA MURRAY**

Parties present for **PRETRIAL HEARING.**

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that **MOTIONS IN LIMINE: #186 IS GRANTED IN PART - DENIED IN PART. #183 IS GRANTED IN PART - DENIED IN PART. #203 & #204 ARE TAKEN UNDER SUBMISSION. #178 IS GRANTED IN PART - DENIED IN PART. #200 IS DENIED.**

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits:_____

Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced **9:02** a.m./p.m. Concluded **11:24** a.m./p.m.