# EXHIBIT LIST

Style: *Jerome Johnson v. Board of Police et al.*   Case Number: __4:06CV00605 CDP__

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 30 | | 11.12.08 | π1 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 23-1 | | 11.12.08 | π1 | | | Aerial Scene | ✔ 11/12/08 |
| 41.01 | | 11.12.08 | π1 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.02 | | 11.12.08 | π1 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.57 | | 11.12.08 | π1 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.03 | | 11.12.08 | π1 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.07 | | 11.12.08 | π1 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.06 | | 11.12.08 | π1 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.05 | | 11.12.08 | π1 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.04 | | 11.12.08 | π1 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| | F | 11.12.08 | π1 | | | MDOC visitor application Kelly Vincent | ✔ 11/12/08 |
| 41.28 | | 11.12.08 | π2 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.41 | | 11.12.08 | π2 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.15 | | 11.12.08 | π2 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41.44 | | 11.12.08 | π2 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.40 | | 11.12.08 | π2 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.18 | | 11.12.08 | π2 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.54 | | 11.12.08 | π2 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.42 | | 11.12.08 | π2 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| | zzz-1 | 11.12.08 | π2 | | | CD/audio of incidents at issue in this case | ✔ 11/12/08 |
| 44 | | 11.12.08 | | | | Transcript of Michael Ball's 911 call | |
| 41.23 | | 11.12.08 | π3 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.30 | | 11.12.08 | π3 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.31 | | 11.12.08 | π3 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.32 | | 11.12.08 | π3 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.35 | | 11.12.08 | π3 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.55 | | 11.12.08 | π3 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.34 | | 11.12.08 | π3 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/12/08 |
| 41.24 | | 11.13.08 | π3 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/13/08 |
| 41.22 | | 11.13.08 | π3 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/13/08 |
| 20.7 | | 11.13.08 | π3 | | | Jerome Johnson photograph | ✔ 11/13/08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20.2 | | 11.13.08 | π3 | | | Jerome Johnson photograph | ✔ 11/13/08 |
| 20.1 | | 11.13.08 | π3 | | | Jerome Johnson photograph | ✔ 11/13/08 |
| 20.4 | | 11.13.08 | π3 | | | Jerome Johnson photograph | ✔ 11/13/08 |
| 20.3 | | 11.13.08 | π3 | | | Jerome Johnson photograph | ✔ 11/13/08 |
| 20.5 | | 11.13.08 | π3 | | | Jerome Johnson photograph | ✔ 11/13/08 |
| 22.4 | | 11.13.08 | π3 | | | Police photograph | ✔ 11/13/08 |
| 46 | | 11.13.08 | π3 | | | Drawing by Jerome Johnson displaying gunshot wounds | ✔ 11/13/08 |
| 47 | | 11.13.08 | π3 | | | Summary of Medical Bills | ✔ 11/13/08 |
| | ss-1 | 11.13.08 | π3 | | | Jerome Johnson's St. Louis Blues Hockey Jersey | ✔ 11/13/08 |
| 51 (Depo Exh) | | 11.13.08 | π4 | | | | ✔ 11/13/08 |
| 52 (Depo Exh) | | 11.13.08 | π4 | | | | ✔ 11/13/08 |
| 53 (Depo Exh) | | 11.13.08 | π4 | | | | withdrawn |
| 54 (Depo Exh) | | 11.13.08 | π4 | | | | withdrawn |
| 23.2 | | 11.13.08 | | | | Unmarked aerial of scene/blow up | ✔ 11/13/08 |
| 58 | | 11.13.08 | | | | Blow up | ✔ 11/13/08 |
| 42 | | 11.13.08 | π5 | | | Measurements of distances and lengths at intersection of Carter and Harris | ✔ 11/13/08 |
| 55 | | 11.13.08 | π6 | | | Audio recording of 911 calls | ✔ 11/13/08 |
| 56 | zzz-2 | 11.13.08 | π6 | | | Audio recording of S.C.A.T. tape | ✔ 11/13/08 |
| 6 | | 11.13.08 | π7 | | | Latent print report #1, complaint #01-042489 | ✔ 11/13/08 |
| | ff | 11.13.08 | π7 | | | .22 revolver | ✔ 11/13/08 |

|  | r | 11.13.08 | π7 |  |  | .22 casings and bullets | ✔ 11/13/08 |
|---|---|---|---|---|---|---|---|
| 22.20 |  | 11.13.08 | π9 |  |  | Police photograph (Cone #1) | ✔ 11/13/08 |
| 22.23 |  | 11.13.08 | π9 |  |  | Police photograph (Cone #2) | ✔ 11/13/08 |
| 22.19 |  | 11.13.08 | π9 |  |  | Police photograph (Cone #4) | ✔ 11/13/08 |
| 22.11 |  | 11.13.08 | π9 |  |  | Police photograph (Cone #5) | ✔ 11/13/08 |
| 22.13 |  | 11.13.08 | π9 |  |  | Police photograph (Cone #6) | ✔ 11/13/08 |
| 22.16 |  | 11.13.08 | π9 |  |  | Police photograph (Cone #7) | ✔ 11/13/08 |
| 22.14 |  | 11.13.08 | π9 |  |  | Police photograph (Cone #8) | ✔ 11/13/08 |
| 22.08 |  | 11.13.08 | π9 |  |  | Police photograph (Cone #10) | ✔ 11/13/08 |
| 22.01 |  | 11.13.08 | π9 |  |  | Police photograph (Cone #13) | ✔ 11/13/08 |
| 22.06 |  | 11.13.08 | π9 |  |  | Police photograph (Cone #14) | ✔ 11/13/08 |
| 22.21 |  | 11.13.08 | π9 |  |  | Police photograph | ✔ 11/13/08 |
| 22.22 |  | 11.13.08 | π9 |  |  | Police photograph | ✔ 11/13/08 |
| 22.25 |  | 11.13.08 | π9 |  |  | Police photograph | ✔ 11/13/08 |
| 22.26 |  | 11.13.08 | π9 |  |  | Police photograph | ✔ 11/13/08 |
| 22.18 |  | 11.13.08 | π9 |  |  | Police photograph | ✔ 11/13/08 |
| 22.04 |  | 11.13.08 | π9 |  |  | Police photograph | ✔ 11/13/08 |
| 22.07 |  | 11.13.08 | π9 |  |  | Police photograph | ✔ 11/13/08 |
| 22.15 |  | 11.13.08 | π9 |  |  | Police photograph | ✔ 11/13/08 |
| 22.09 |  | 11.13.08 | π9 |  |  | Police photograph | ✔ 11/13/08 |
| 22.10 |  | 11.13.08 | π9 |  |  | Police photograph | ✔ 11/13/08 |
| 22.17 |  | 11.13.08 | π9 |  |  | Police photograph | ✔ 11/13/08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22.02 | | 11.13.08 | π9 | | | Police Photograph (Cone #12) | ✔ 11/13/08 |
| 1 | | 11.13.08 | | | | Report | ✔ 11/13/08 |
| 2 | | 11.13.08 | | | | Report | |
| | s | 11.13.08 | π9 | | | 9mm casings and bullets | ✔ 11/13/08 |
| 8 | | 11.14.08 | π10 | OBJ | OVERRULED | Lab Report | ✔ 11/14/08 |
| | ss-2 | 11.14.08 | π10 | | | Jerome Johnson's Coat | ✔ 11/14/08 |
| | ss-3 | 11.14.08 | π10 | | | Jerome Johnson's Boxers | ✔ 11/14/08 |
| | ss-4 | 11.14.08 | π10 | | | Jerome Johnson's Short Sleeve Tee | ✔ 11/14/08 |
| | ss-5 | 11.14.08 | π10 | | | Jerome Johnson's Long Sleeve Tee | ✔ 11/14/08 |
| | ss-6 | 11.14.08 | π10 | | | Jerome Johnson's Nylon Pants | ✔ 11/14/08 |
| | ss-7 | 11.14.08 | π10 | | | Jerome Johnson's Shoes and Sock | ✔ 11/14/08 |
| 4 | | 11.14.08 | π10 | | | ATF Report | ✔ 11/14/08 |
| | ddd-1 | 11.14.08 | π10 | | | Police Photograph | ✔ 11/14/08 |
| | n-1 | 11.14.08 | π10 | | | Map | ✔ 11/14/08 |
| | ddd-3 | 11.14.08 | π10 | | | Police Photograph (Cone #13) | ✔ 11/14/08 |
| | ddd-2 | 11.14.08 | π10 | | | Police Photograph | ✔ 11/14/08 |
| 33 | | 11.14.08 | | OBJ | OVERRULED | Commissioners 2001 standard ordinary mortality table | ✔ 11/14/08 |
| | p | 11.14.08 | Δ1 | | | Police car dash light | ✔ 11/14/08 |
| | rr | 11.14.08 | Δ1 | | | SLPD raid vest | ✔ 11/14/08 |
| | tt | 11.14.08 | Δ1 | | | SLPD lanyard with badge | ✔ 11/14/08 |
| | 35 | 11.17.08 | Δ2 | | | Police Report | ✔ 11/17/08 |
| | n-2 | 11.17.08 | Δ2 | | | Map | ✔ 11/17/08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | l-2 | 11.17.08 | Δ3 | OBJ | OVERRULED | Video of scene of shooting incident | ✔ 11/17/08 |
| | l-1 | 11.17.08 | Δ3 | OBJ | OVERRULED | Video of scene of shooting incident | ✔ 11/17/08 |
| 41.39 | | 11.17.08 | Δ3 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/17/08 |
| 41.33 | | 11.17.08 | Δ3 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/17/08 |
| 41.14 | | 11.17.08 | Δ3 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/17/08 |
| | c | 11.17.08 | Δ4 | | | Ambulance trip sheet for plaintiff | ✔ 11/17/08 |
| 41.20 | | 11.17.08 | Δ5 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/18/08 |
| 41.45 | | 11.18.08 | Δ7 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/18/08 |
| 41.13 | | 11.18.08 | Δ7 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/18/08 |
| | l-3 | 11.18.08 | Δ8 | OBJ | OVERRULED | Video of scene of shooting incident | ✔ 11/18/08 |
| 41.11 | | 11.18.08 | Δ8 | | | Photograph (of streets/houses at intersection of Carter and Harris) | ✔ 11/18/08 |

✔ EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red   ADMITTED = use ✔ and date