AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

EASTERN DISTRICT OF MISSOURI

Jerome Johnson

**BILL OF COSTS**

Case Number: 4: 06-CV-00605-CDP

v.

Adreienne Bergh et al,

Judgment having been entered in the above entitled action on __11/18/08__ against __Plaintiff__

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | |
| Fees for service of summons and subpoena (if service by U.S. Marshal) | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $10,608.51 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side | $ 653.61 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $1,115.09 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize | $14,255.15 |
| **TOTAL** | **$26,632.36** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Harold L. Whitfield, 701 Market, Suite 550, St Louis, Missouri 63101, and Worsham N. Caldwell, Jr. 1010 Market, Suite 1540, St. Louis Missouri 63101

Signature of Attorney: /s/ Diane Peters

Name of Attorney: Diane Peters

For: Defendants                                                               Date: 12/08/08
     Name of Claiming Party

Costs are taxed in the amount of     $8,277.90          and included in the judgement.

James Woodward   By: Elizabeth A. Kirkland    1/6/2009
  Clerk of Court              Deputy Clerk         Date